IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:15-CR-172-F-14

UNITED STATES OF AMERICA )
)
)
vs. )      **ORDER TO SEAL**
)
CHRISTOPHER LEE JOHNSON )
)
Defendant. )
)

Before the court is Defendant's motion to file docket entry number 629 under seal pursuant to Local Criminal Rule 55.2. [DE 630]. For good cause shown, the motion is ALLOWED and docket entry number 629 shall be filed under seal.

SO ORDERED.

This the 18th day of October, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge