IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-14BO

UNITED STATES OF AMERICA )
)
v. )
)
CHRISTOPHER LEE JOHNSON )

**AMENDED FINAL ORDER OF FORFEITURE**

WHEREAS, on July 26, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant agreeing to the forfeiture of the property listed in the July 26, 2017 Preliminary Order of Forfeiture, to wit, a 2005 Chevrolet Kodiak Truck, VIN: 1GBG6H1J8SJ106135;

AND WHEREAS, the United States has advised the Court that the model year previously provided to the Court was incorrect as to the 2005 Chevrolet Kodiak Truck, VIN: 1GBG6H1J8SJ106135. The correct model year as to this subject vehicle is 1995. Hence, the United States asks that the Court allow the entry of an Amended Final Order of Forfeiture to more fully and accurately describe the subject vehicle for servicing and disposal purposes, to wit: a 1995 Chevrolet Kodiak Truck, VIN: 1GBG6H1J8SJ106135.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the

property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

2. Upon adjudication of all third party interests this Final Order of Forfeiture will be considered final as to this subject vehicle, to wit: a 1995 Chevrolet Kodiak Truck, VIN: 1GBG6H1J8SJ106135.

3. The United States Department of Treasury is directed to dispose of the property according to law.

4. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __1__ day of __June__, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE